UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE REEVES,<br><br>   Plaintiff,<br><br>   v.<br><br>SIMM ASSOCIATES, INC.,<br><br>   Defendant. | 1:14-cv-1655-LJO-GSA<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 6)** |

On February 6, 2015, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1). Doc. 6 at 1. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because no defendant has yet filed an answer or motion for summary judgment. Plaintiff requests that the Court issue an order dismissing his complaint in its entirety <u>with prejudice</u>. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES <u>with prejudice</u> this entire action.

IT IS SO ORDERED.

   Dated:   **February 13, 2015**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE